# IMAGE NOT AVAILABLE

Case 07-04104   Doc 56-1   Filed 10/15/07   Entered 10/15/07 11:37:04   Desc  Correct PDF   Page 1 of 1